IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No.: l:09CR047 |
| | : |
| HENRY OBILO | : |
| | : |
| Defendant. | : |

UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

COMES NOW HENRY OBILO, Defendant in the above styled case, by and through Counsel, and hereby submits this unopposed Motion to modify the conditions of Mr. Obilo's pretrial release by allowing him to travel from New York to Florida and back again so that he might collect his personal belongings. Mr. Obilo's proposed dates of travel are from February 14, 2009 to February 17, 2009.

Wherefore, for the premises considered, Mr. Obilo moves this Court to grant his Motion and any and all other relief the Court deems just.

Respectfully Submitted,

HENRY OBILO
By Counsel

_____/s/_____
CHRISTOPHER AMOLSCH
VSB #43800
910 King Street
Alexandria, Virginia 22314
703.683.2020 (Phone)
703.684.9017 (Fax)
chrisamolsch@yahoo.com (email)
Counsel for Mr. Obilo

CERTIFICATE OF SERVICE

      I hereby certify that on this the 13th day of February, 2009 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: John Eisinger, AUSA.

                                                                        _____/s/_____
                                                       CHRISTOPHER AMOLSCH
                                                       VSB #43800
                                                       910 King Street
                                                       Alexandria, Virginia 22314
                                                       703.683.2020 (Phone)
                                                       703.684.9017 (Fax)
                                                       chrisamolsch@yahoo.com (email)
                                                       Counsel for Mr. Obilo