IN THE UNITED STATES DISTRICT COURT FOR THE   *Recieve*

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2009 MAR 12  P 12: 39

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim No.  1:09CR047 |
| | ) | |
| Henry Obilo | ) | |
| | ) | |

## PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for

appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock

a.m., on the 1st day of April, 2009, then and there to testify on behalf of the United States:

_____ 20 sets (40 blanks) _____

This 12th day of March, 2009

Respectfully submitted,

Dana J. Boente
Acting United States Attorney

By:  _____

John Eisinger
Assistant United States Attorney

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court RECEIVED

*← issued by SMK*

## EASTERN   DISTRICT OF   VIRGINIA

2009 MAR 12 P 4: 23

UNITED STATES OF AMERICA

SUBPOENA IN A
CRIMINAL CASE

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

v.

**Henry Obilo**

CASE NUMBER:  1:09CR047

TO:

☒ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**401 Courthouse Square**<br>**Alexandria, Virginia 22314** | Judge T.S. Ellis, III<br>9th Floor |
| | DATE AND TIME<br>**April 1, 2009**<br>**10:00 a.m.** |

☐ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| **FERNANDO GALINDO, CLERK OF THE COURT** | **March 12, 2009** |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS and PHONE NUMBER:
**John Eisinger, Office of the U.S. Attorney**
**Justin W. Williams United States Attorney's Building**
**2100 Jamieson Avenue, Alexandria, Virginia 22314-5794      (703) 299-3700**