IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Crim. No. 1:09CR47 |
| v. | ) | |
| | ) | Hon. T.S. Ellis, III |
| HENRY OBILO, | ) | |
| | ) | Trial: April 1, 2009 |
| Defendant. | ) | |

GOVERNMENT'S MOTION TO USE ELECTRONIC
COURTROOM PRESENTATION EQUIPMENT

COMES NOW the United States and hereby moves this Honorable Court to allow the parties to make use of computer equipment, document camera, audio devices, and/or TV/DVD combination equipment in the courtroom to publish admitted exhibits, as permitted by the Court at the upcoming trial. Defense counsel has represented that the defendant has no opposition to this request.

By: /s/
Tyler G. Newby
Special Assistant U.S. Attorney
U.S. Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Fax: 703-299-3981
Email Address: tyler.newby2@usdoj.gov

/s/
John Eisinger
Assistant U.S. Attorney

1

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing (NEF) to the following:

CHRISTOPHER AMOLSCH
910 King Street
Alexandria, Virginia 22314
703.683.2020 (Phone)
703.352.8913 (Fax)
chrisamolsch@yahoo.com (email)
*Counsel for Defendant*

/s/
Tyler G. Newby
Special Assistant U.S. Attorney
U.S. Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Fax: 703-299-3981
Email Address: tyler.newby2@usdoj.gov