IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | Criminal No. 1:09cr47 (TSE) |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Trial: April 1, 2009 |
| HENRY OBILO, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S TRIAL EXHIBITS

The United States of America, by and through its attorneys, Dana J. Boente, Acting United States Attorney for the Eastern District of Virginia, John Eisinger, Assistant United States Attorney, and Tyler G. Newby, Special Assistant United States Attorney, hereby submits its list of exhibits.

| Exhibit | Description | Offered | Admitted |
|---|---|---|---|
| 1 | SpoofCard Call Recordings – Compact Disc 1 | | |
| 1-1 | SpoofCard Account Records | | |
| 2 | SpoofCard Call Recordings – Compact Disc 2 | | |
| 2-1 | SpoofCard Account Records | | |
| 3 | 12/07/07 Spoofcard Call Recording from (571) 426-1255 to USSFCU – Call No. 1 | | |
| 3-1 | Transcript – USSFCU Recorded Call - No. 1 (Exhibit 3) | | |
| 4 | 12/07/07 Spoofcard Call Recording from (240) 899-4524 to USSFCU – Call No. 2 | | |
| 4-1 | Transcript – USSFCU Recorded Call - No. 2 (Exhibit 4) | | |

| | | | |
|---|---|---|---|
| 5 | 12/07/07 Spoofcard Call Recording from (408) 466-7510 to USSFCU – Call No. 3 | | |
| 5-1 | Transcript – USSFCU Recorded Call - No. 3 (Exhibit 5) | | |
| 6 | 12/07/07 USSFCU Call Recording from USSFCU to Victim's home phone – Call No. 4 | | |
| 6-1 | Transcript – USSFCU Recorded Call - No. 4 (Exhibit 6) | | |
| 7 | 12/07/2007 U.S. Senate Federal Credit Union Wire Transfer Request (R.S.) | | |
| 8 | U.S. Senate Federal Credit Union IP Access Logs for R.S. Account from 12/3/2007 to 12/10/2007 | | |
| 9 | Subscriber Information for allstateassociates@yahoo[dot]com | | |
| 10 | Verizon Subscriber Information for IP Address 75.192.189.135 | | |
| 11 | Video footage from Verizon Wireless Store (Compact Disk) | | |
| 11-1 | Still image from Verizon Security Camera | | |
| 12 | 12/11/07 SpoofCard Call Recording from (240) 899-4524 to SDFCU – Call No. 1 | | |
| 12-1 | Transcript – SDFCU Recorded Call No. 1 (Exhibit 12) | | |
| 13 | Wire Transfer Request Letter to State Department Federal Credit Union (J.W.) | | |
| 14 | 12/01/07 – 12/31/07 State Department Federal Credit Union Account Statement for J.W. | | |
| 15 | 12/20/2007 State Department Federal Credit Union Wire Transfer Request for J.W. | | |
| 16 | 12/20/07 Spoofcard Call Recording from (214) 597-2254 to SDFCU – Call No. 2 | | |
| 16-1 | Transcript –SDFCU Recorded Call - No. 2 (Exhibit 16) | | |
| 17 | 08/16/07 Spoofcard Call Recording from (214) 635-9664 to USAA Banking – Call No. 1 | | |
| 17-1 | Transcript –USAA Recorded Call - No. 1 (Exhibit 17) | | |
| 18 | Summary Exhibit of SpoofCard Call Records | | |

| 19 | SpoofCard – Recordings of Transcribed Calls (Compact Disk) | | |
|---|---|---|---|
| 20 | 09/26/07 SpoofCard Call Recording from (404) 717-5884 to BoA – Call No. 1 | | |
| 20-1 | Transcript – BoA Recorded Call No. 1 (Exhibit 20) | | |
| 21 | 09/26/07 SpoofCard Call Recording from (214) 586-4554 to BoA – Call No. 2 | | |
| 21-1 | Transcript – BoA Recorded Call No. 1 (Exhibit 21) | | |
| 22 | 12/18/07 SpoofCard Call Recording from (214) 597-2254 to Visa card services | | |
| 22-1 | Transcript – Visa Recorded Call No. 1 (Exhibit 22) | | |
| 23 | 04/04/08 – Interview of Henry Obilo at J.F.K. Int'l Airport - Compact Disk | | |
| 23-1 | Transcript – 04/04/08 Interview of Henry Obilo at J.F.K. Int'l Airport (Exhibit 23) | | |
| 24 | Bank of America records of 9/26/2007 $385,000 wire transfer from Account No. xx9364 to JP Morgan Account xx6232 | | |
| 25 | Bank of Amercia records of 9/26/2007 $38,200 transfer from Account xx2931 | | |
| 26 | JP Morgan records of incoming 9/26/2007 wire transfer into Account No. xx6232 | | |
| 27 | 09/26/07 SpoofCard Call Recording from (214) 586-4554 to BoA – Call No. 3 | | |
| 27-1 | Transcript – BoA Recorded Call No. 3 (Exhibit 27) | | |
| 28 | 04/04/08 – Interview of Tobechi Onwuhara at J.F.K. Int'l Airport - Compact Disk | | |
| 28-1 | Transcript – 04/04/08 Interview of Tobechi Onwuhara at J.F.K. Int'l Airport (Exhibit 28) | | |

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY


   /s/ John Eisinger
John Eisinger
Tyler G. Newby
Attorneys for the United States
U.S. Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia  22314
Phone: 703-299-3700
FAX: 703-299-3981
Email Address: ausa@eisinger.net

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing (NEF) to the following:

Christopher Amolsch, Esquire
910 King Street
Alexandria, VA  22314
703.683.2020 (Phone)
703.352.8913 (Fax)
chrisamolsch@yahoo.com (email)
*Counsel for Defendant*

John O. Iweanoge, II, Esquire
THE IWEANOGES' FIRM, PC
Iweanoge Law Center
1026 Monroe Street, NE
Washington, DC 20017
Tel: (202) 347- 7026
Fax:(202) 347- 7108
joi@iweanogesfirm.com (email)

    /s/ John Eisinger
John Eisinger
Attorney for United States
U.S. Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
FAX: 703-299-3981
Email Address: ausa@eisinger