IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 1:09CR47 |
| HENRY OBILO, | ) |
| Defendant | ) |

FILED
IN OPEN COURT

APR - 9 2009

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## VERDICT FORM

### COUNT 1

We, the Jury, find the defendant, HENRY OBILO, with respect to Count 1, conspiracy to commit bank fraud:

_____ Not guilty

\_\_\_X\_\_\_ Guilty

So say we all, this __7th__ day of April, 2009.

_____